UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MOSAMMAT M. SULTANA-NEILL, | § § | |
| Plaintiff, | § § | |
| v. | § § | SA-21-CV-1008-FB (HJB) |
| UNITED STATES POSTMASTER GENERAL LOUIS DEJOY, | § § § | |
| Defendant. | § § | |

**ORDER**

Before the Court is the status of the above case. Pretrial and scheduling matters in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b)(1). (*See* Docket Entry 3.)

The Court held an initial pretrial conference in this case on March 3, 2022. In accordance with the Court's rulings at the conference, it is hereby **ORDERED** as follows:

(1) **On or before April 4, 2021**, the parties must exchange:

   a. the name and, if known, the address and telephone number of each individual likely to have discoverable information—along with the subjects of that information—that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment, *see* FED. R. CIV. P. 26(a)(1)(A)(i); and

   b. a copy—or a description by category and location—of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment, *see* FED. R. CIV. P. 26(a)(1)(A)(i).

(2) Additional discovery is stayed pending the undersigned's consideration of Defendant's pending motion to dismiss. (*See* Docket Entry 6.)

**SIGNED** on March 3, 2022.

_____
Henry J. Bemporad
United States Magistrate Judge