UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MOSAMMAT M. SULTANA-NEILL, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | SA-21-CV-1008-FB (HJB) |
| | § | |
| UNITED STATES POSTMASTER | § | |
| GENERAL LOUIS DEJOY, | § | |
| | § | |
| Defendant. | § | |

## SECOND ORDER
## APPOINTING COUNSEL

Before the Court is Carrie C. Gorner's Unopposed Motion to Withdraw as Counsel for Plaintiff (Docket Entry 27), due to an internal firm conflict. It is hereby **ORDERED** that attorney Gorner's motion (Docket Entry 27) is **GRANTED** and she is withdrawn as counsel of record for Plaintiff.

It is **FURTHER ORDERED** that attorney Jenna C. Castleman is appointed to represent Plaintiff in this case through trial and entry of judgment, under both 28 U.S.C. § 1915(e) and the Court's standing orders regarding appointment of counsel in civil cases. *See* Standing Order Establishing A+, A and B Panels for Civil Appointments in the San Antonio Division and Supplementing Amended Plain for Reimbursement of Counsel (W.D. Tex. Mar. 24, 2021); Order Adopting Amended Plan for the Payment of Attorney Fees and Reimbursement of Attorney Expense in Civil Cases (W.D. Tex. July 29, 2011).

Attorney Castleman's contact information is:

**Jenna C. Castleman**
**Castleman & Associates Law, P.C.**
**P.O. Box 2660**
**Universal City, Texas 78148**

Telephone: 210-816-6949
Email: jc@castleman.law

The U.S. Clerk is directed to mail a copy of this Order to Plaintiff.

**SIGNED** on June 7, 2022.

_____
Henry J. Bemporad
United States Magistrate Judge