UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| MOSAMMAT M. SULTANA-NEILL,<br><br>*Plaintiff,*<br><br>LOUIS DEJOY<br><br>*Defendants.* | §<br>§<br>§<br>§<br>§ Civil Action No. 5:21-cv-01008-FB<br>§<br>§<br>§<br>§ |

# JOINT ADR REPORT

In accordance with this Court's orders dated March 7, 2022 (Dkt 45), the parties hereby submit this Joint ADR Report:

1. **Status of Negotiations**: The parties are engaged in active settlement discussions.

2. **Identity of Persons Responsible for Settlement Negotiations**: Jenna C. Castleman is responsible for negotiations for Plaintiff, and Assistant United States Attorney James Dingivan is responsible for negotiations on behalf of the United States.

3. **Appropriateness of ADR**: The parties have agreed that the case is not ripe for mediation at this time. The parties have agreed to continue exchanging settlement offers. The parties have agreed to use Dan Pozza for mediation in the future.

        Respectfully submitted,

        **JAIME ESPARZA**
        United States Attorney

By:  */s/ James E. Dingivan*
        **James E. Dingivan**
        Assistant United States Attorney
        Texas Bar No. 24094139
        601 N.W. Loop 410, Suite 600
        San Antonio, Texas 78216
        (210) 384-7372 (phone)
        (210) 384-7312 (fax)
        james.dingivan@usdoj.gov
        Attorneys for Defendant

        /s/ Jenna C. Castleman
        **Jenna C. Castleman**
        Castleman & Associates, P.C.
        P.O. Box 2066
        Universal City, Texas 78148
        Tel: (210) 816-6949
        Fax: (210) 816-7033
        Email: jc@castleman.law
        Attorney for Plaintiff